# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, S.P. LOGAN**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## WILLIAM D. SINE
### STAFF SERGEANT (E-6), U.S. MARINE CORPS

### NMCCA 201400081
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 17 October 2013.
**Military Judge:** LtCol L.J. Francis, USMC.
**Convening Authority:** Commanding Officer, 1st Reconnaissance Battalion, 1st Marine Division, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol D.R. Kazmier, USMC; **Addendum**: Maj V.G. Laratta, USMC.
**For Appellant:** LtCol Richard D. Belliss, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

### 10 June 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court